No. 92–5720. LONDONO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5733. SCHMELTZER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5735. DROGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5737. AMARIGLIO v. UNITED STATES DEPARTMENT OF JUSTICE. C. A. 4th Cir. Certiorari denied.

No. 92–5940. ROSSI v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 92–5955. GORE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–5957. TURNER v. SUMNER, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 92–5959. JOHNSON v. WHITLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5964. BULLOCK v. THOMPSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5966. PITTS v. REDMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5968. WHITE v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 92–5975. MOORE v. LEE, SUPERINTENDENT, CALEDONIA CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5977. LANCASTER v. VAN DER VEUR, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–5987. ROXAS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–5990. STOCKTON v. VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.